UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-cv-60811 Scola/Rosenbaum

NARENDRA DINDIYAL

    Plaintiff

v.

ACCOUNTS RECEIVABLE MANAGEMENT INC.

    Defendant

_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action.

### CERTIFICATION

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been filed through the CM/ECF electronic filing system and that a true and correct copy has been mailed via U.S. Mail to Tom Novak, esq. Accounts Receivable Management, 155 Mid Atlantic Parkway Thorofare NJ 08086 on this )1 day of May 2012.

Respectfully Sub i -d by:

Jason Weaver Esq.
FBN 0392596
Jason Weaver P.A.
3531 Griffin Rd.
Ft. Lauderdale, FL 33312
(954) 987-0515/ (954) 964-3764 (fax)
jason@jasonweaverpa.com
vvww.iasonweaverpa.corn