UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60811-Civ-SCOLA/ROSENBAUM

NARENDRA DINDIYAL,

    Plaintiff,

vs.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CASE has been **DISMISSED** without prejudice by the Plaintiff pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(i). *See* Plaintiff's Notice of Voluntary Dismissal (ECF no. 5). The Clerk is directed to **CLOSE** this matter. All pending motions, if any, are **DENIED as moot**.

**DONE and ORDERED** in chambers, at Miami, Florida, on May 21, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Designated U.S. Magistrate Judge
Counsel of Record